| STATE OF INDIANA | ) | IN THE JASPER COUNTY COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF JASPER | ) | CAUSE NO.: **37C01-2009-CT-000668** |

ASHLEY LINBACK,  )
                 )
    Plaintiff,   )
                 )
        v.       )
                 )
WAL-MART STORES, INC.,       )
WAL-MART REAL ESTATE         )
BUSINESS TRUST, AND          )
WAL-MART STORES EAST, LP,    )
                             )
    Defendants.              )

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Ashley Linback, by counsel, and for her Complaint for Damages against the Defendants, Wal-Mart Stores, Inc., Wal-Mart Real Estate Business Trust, and Wal-Mart Stores East, LP, alleges and says that:

1. At all times pertinent hereto, the Defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), was a corporation organized under the laws of the State of Delaware with its principal place of business located at 702 SW 8th Street, Bentonville, Arkansas. Wal-Mart Stores, Inc. is authorized to, and does, do business in the State of Indiana.

2. At all times mentioned herein, all acts and omissions of Wal-Mart were performed or omitted by and through employees, agents, and/or representatives of Wal-Mart while they were acting within the course and scope of their employment with Wal-Mart.

3. At all times pertinent hereto, the Defendant, Wal-Mart Real Estate Business Trust ("Wal-Mart REB"), was an entity of unknown organizational form that is authorized to, and does, do business in the State of Indiana.

4. At all times mentioned herein, all acts and omissions of Wal-Mart REB were performed or omitted by and through employees, agents, and/or representatives of Wal-Mart REB while they were acting within the course and scope of their employment with Wal-Mart REB.

5. At all times pertinent hereto, the Defendant, Wal-Mart Stores East, LP ("Wal-Mart East"), was a limited partnership organized under the laws of the State of Delaware with its principal place of business located at 702 SW 8th Street, Bentonville, Arkansas. Wal-Mart East is authorized to, and does, do business in the State of Indiana.

6. At all times mentioned herein, all acts and omissions of Wal-Mart East were performed or omitted by and through employees, agents, and/or representatives of Wal-Mart East while they were acting within the course and scope of their employment with Wal-Mart East.

7. At all times mentioned herein, there existed in Indianapolis, Indiana, a store known as Wal-Mart which is and was located at 905 S. College Avenue, Rensselaer, Indiana, 47978. This Wal-Mart was owned, operated, and/or managed by the Defendants.

8. On September 16, 2018, the Plaintiff was walking down an aisle near the pharmacy in the aforementioned Wal-Mart when she slipped on a hazardous and/or dangerous accumulation of liquid on the ground, causing her to fall and sustain injuries and damages.

9. The injuries sustained by the Plaintiff were proximately caused by the carelessness and negligence of the Defendants, including, but not limited to, one or more of the following acts and/or omissions:

    a. Defendants carelessly and negligently caused and/or created the dangerous condition existing on its premises;

    b. Defendants carelessly and negligently failed to maintain its premises in a safe condition for use by its invitees, including Plaintiff;

    c. Defendants carelessly and negligently failed to inspect and/or discover the dangerous condition existing on the premises;

    d. Defendants carelessly and negligently failed to remedy the existing dangerous condition on the premises when the Defendants knew or should have known of the existence of the same;

    e. Defendants carelessly and negligently failed to remedy the existing dangerous condition on the premises when the Defendants expected or should have expected that its invitees, including the Plaintiff, would not discover or would fail to protect themselves against the same; and

    f. Defendants carelessly and negligently failed to warn the Plaintiff of the dangerous condition when said Defendants knew or should have known of the same.

10. As a direct and proximate result of the carelessness and negligence of the Defendants, the Plaintiff sustained personal injuries, which have caused her to experience pain and suffering.

11. As a result of her injuries and their effects upon her, the Plaintiff, in order to attempt to treat her injuries and lessen her physical pain, has been required to engage the services of physicians and healthcare providers for medical treatment and has thereby incurred medical expenses; further, she will likely require additional medical treatment in the future for which she will incur additional medical expenses.

12. As a result of the injuries sustained in this incident, the Plaintiff has missed time from work and has therefore incurred a loss of wages and/or earnings.

13. As a direct and proximate result of the Defendants' negligence, the Plaintiff has been damaged.

WHEREFORE, the Plaintiff, Ashley Linback, prays for judgment against the Defendants, Wal-Mart Stores, Inc., Wal-Mart Real Estate Business Trust, and Wal-Mart Stores East, LP, in an amount commensurate with her injuries and damages, for costs of this action, and for all other just and proper relief.

Respectfully Submitted,

**Caress Worland Law Group**


By: /s/ Lance R. Worland
    Lance R. Worland, #30919-49
    Attorney for Plaintiff

Lance R. Worland
CARESS WORLAND LAW GROUP
5420 N. College Ave., Suite 100
Indianapolis, Indiana 46220
Phone: (317) 255-5400
Fax: (317) 255-5410
lance@caresslaw.com